IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JACKIE McLEOD, # 116274-A,  )
                            )
     Petitioner,            )
                            )
     v.                     )   Civil Action No.
                            )   2:91cv02-MHT
E.L. HARRELSON, et al.,     )        (WO)
                            )
     Respondents.           )

ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Jackie McLoed's motions for relief under Rule 60(b)(4) and (6) of the Federal Rules of Civil Procedure (Doc. Nos. 72 and 74) are denied because they were not filed within a reasonable time pursuant to Fed.R.Civ.P. 60(c)(1) and because the claims therein entitle petitioner McLeod to no relief.

(2) To the extent petitioner McLeod presents claims attacking his state convictions, his instant motion (Doc. No. 74) constitutes a successive 28 U.S.C. § 2254 habeas

petition that is dismissed in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because he has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

DONE, this the 28th day of May, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE