IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )   1:91cv02-MHT |
| E.L. HARRELSON, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 92), to which no objection has been filed, is adopted.

(2) Petitioner's motion to vacate judgment (doc. no. 87) is denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

DONE, this the 22nd day of November, 2013.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE